# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA


*Court Copy*

HUGH TEAT #107480 )
Full name and prison number of )
plaintiff(s) )
)
             V.         )
BOB Riley )
DONAl CAMPBell )     CIVIL ACTION NO. 2:06CV484-A
)     (To be supplied by the Clerk of the
KeNNeth JoNes )     U.S. District Court)
)
RAlPH Hooks )
)
A. GARReff )
)
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

I.   PREVIOUS LAWSUITS

  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

  B. have you begun other lawsuits in state of federal court relating to your imprisonment?   Yes ( )   No (X)

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

     1. Parties to this previous lawsuit:
        Plaintiff(s) _____

        Defendant(s) _____

     2. Court (if federal court, name the district; if state court, name the county)
        _____
        _____

     3. Docket No. _____
     4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? is it still pending?
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT W.E. Donalson 100 Warrior Lane Bessemer Al, 35023

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED St Clair Correctional Fac, W.E. Donalson Correctional Fac,

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME**                              **ADDRESS**

1. Bob Riley (Govenor)   600 Dexter Ave, Montgomery Al, 36130
2. Donal Campbell (Commissioner) 301 S. Ripley St, Montgomery Al, 36130
3. Kenneth Jones (Warden) 100 Warrior Lane Bessemer Al, 35023
4. Ralph Hooks (Warden) 1000 St Clair Rd, Springville Al, 35146
5. A. Garrett (Warden) 1000 St Clair Rd, Springville Al, 35146
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2-18-05 (To Date)

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Cruel and unusual Punishment, A Callous Disregard, And deliberant indifference

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

Please See Attachment A-1 & 2

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Place me in Protective custody with contact visitation Have Defendants Pay all cost, Attorney, court, Filing Fees, OR Appoint Plaintiff a lawyer as he is Ignorant of the Law And cant ask for Prisoner Help because of the nature of this complaint

_Hugh Teat 107480_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 5-18-2006
                 (date)

_Hugh Teat 107480_
Signature of plaintiff(s)