Attachment A-1

The Defendants: Donal Campbell, Bob Riley, Ralph Hooks, and A. Garrett violated my rights to be free from cruel and unusual punnishment by denieing me protection and by placing my life in danger. Defendant Kenneth Jones has custody of plaintiff and been made aware of my situation and has not corrected my status.

: Facts in support:

In 1992 the state of Alabama sent me to the Federal Prison system for protection. I gave information on two inmates at Kilby Correctional Facility who had a pistol to shoot two transfer agents so they could escape. The state said I wasnt safe anywhere in Alabama but after 13 years returned me to Alabama and placed me in with the same ones I was seperated from. I asked for protective custody and was told no, because of my past record. I and my family asked. The Govenor and commissioner to help. They and other members of the Department of Corrections forwared these request to warden's Hooks and Garrett and they told me if I kept on they would move me to Donalson or Holman where I had enemies. I am now at Donalson. They had me visit with maximum and close custody inmates in a non contact visiting room. on 7-1-05 officer Gladden filed a grievance about the danger of the room. on 3-2-06 officer Jones found a box cutter stashed in this room. I was not protected I was punished mentaly and physicaly.

: see Affadavits and Request: Attachments A-2

# Affidavit

My name is Hugh Teat and I give the foregoing under penalty of perjury

*Hugh Teat 107480*

I am a 53 year old inmate who told on two inmates who had a pistol at Kilby Correctional Facility in 1991.

I was sent to the Federal system by the Alabama D.O.C. They said I wasn't safe anywhere in Alabama. After 13 years they brought me back and placed me with same inmates who are friends with both inmates who had the pistol. I recieve word on a regular basis, saying we will see you sooner or later

I have had radio batteries, bars of soap and wet toilet paper threw at me going and comming from the shower infront of several witnesses. Three inmate's gave me affidavits and two officers said they didnt want to but if called they would tell the truth

I am still being refuesed protective custody and visit no contact from my family but with close and max custody inmates who are friends of the two inmates who had the pistol, in the same visiting room that on 7-1-05 officer Gladden filed a grievance on for not being safe. And on 3-2-06 officer Jones found a box cutter hidden

I was told by the medical doctor I had to have heart sergury and I had prostate cancer and I needed exercise.

I am unable to exercise because I would be with the same people who want to harm me

next page

PAGE (2)

I HAVE BEEN SEPERATED FROM MY FAMILY SINCE 1992 AND NOW I AM HOME AND I STILL CANT SET DOWN ON A VISIT WITHOUT WORRING ABOUT SOMETHING HAPPENING IN FRONT OF MY 78 YEAR OLD MOTHER

I UNDERSTAND THE STATE'S RIGHT ON HOW TO PROTECT ME BUT THIS IS NOT PROTECTION ITS PUNISHMENT.

I AM NOT ASKING FOR MONEY OR FREEDOM I AM ASKING FOR PROTECTION AND THE SAME RIGHTS OF OTHER PRISONERS.

Hugh Leat 107480

To: [Commissioner]
Donal Campbell
301 S. Ripley ST
PO Box 301501
Montgomery Al
36130

To: Governor Bob Riley
Capital Bldg
Montgomery Alabama

Dear Sir

I am writing you in hopes that you will help me. I am a 53 year old inmate with HIP C, High Blood Pressure and serious Liver Damage from Gunshot wounds. I have no spleen or Gaul Bladder and have been shot through the Right Lung. And the situation I am in I can not exercise properly.

In 1991 Two Inmates smuggled a pistol into the prison to escape. The plan was to shoot one officer while in transit and force the other to do as they say. I felt like this was to high of price for a escape and notified the Captain. The state sent me to the federal for 13 years and said I wasn't safe anywhere in Alabama. Now they return me to Alabama and place me in lockup with some of the same people who are friends with the two inmates who had the gun. I was told if I kept asking for Protective Coustdy I would be sent to West Jefferson or Holman. My life wouldn't be worth much there because thats where the two and most of their friends are. My family contacted different people in the state Department of Corrections and asked for help for me and I now have to visit no contact with MAX Coustdy Inmates and it is just a matter of time before one of them makes it to me with a knife. All I ask is to be placed in Protective Coustdy as I should be.

I have suffered enough for saving the officers life and don't understand why I am being punished for it.

I have a 8 year clear record and go up for parole in June of 2006.

I don't feel I should have to ask the courts for help but I don't want to die either. So if you could help me in any way I would appreciate it very much

Thank you for your time

Hugh Teat 107480
1000 St Clair Rd
Springville Al 35146

Acknowledgement

Hugh Teat 107480

Signed before me in person on this 30 day of Nov. 2005

_Oles Wilkins_       8-17-09
Notary Public

                 Commission expires

Dear Central Records

I am writing you to ask for Help. I know this is not the Proper way to do it but I have tried everything else.

In 1992 I was sent to the Federal Bearue of Prisons because I gave information about a Pistol at Kilby that was to be used to kill the Transfer agents in a Escape, after 13 Years I was brought back and Placed in lockup with the same Friends of one of the two who had the Pistol. I have been denied Protective Custody here at St Clair because of my Record. My last Conviction was 1990 and my last disciplinary was 1991 and I have Life for assault.

I was told that I would be Transferd in the next couple of Weeks to Donalson where the inmate who had the Gun is at or to Holman where I have enemies and most of his Friends waiting on me.

I go up for Parole in June of this year and have a good Chance to make it if I don't get killed or in trouble for Defending myself and there is not a Doupt that will happen if I go to either

(2)

of these Prison's.

I am 53 years old going in and dont have good health and I am not a threat to anyone. I just want a chance to go home with my Family. I think with my Clear Conduct and health I have a Very good chance of going Home.

I dont mind being locked up but I need exercise my Blood Pressure and Health is Real Bad. Can you Please help me with getting somewhere I dont have enemies or to a Protective Custody Cell. I have Really tried here and I dont get in trouble.

I thank you for your time and any Consideration in this Matter.

Thank you

Hugh Teat 107480
1000 St Clair Rd
Springville al.
35146

6-21-05

Dear Assistant Warden Garrett, Classification Ms. Gardner.

I am writing you with hopes that you will help me with my problem. I have been in protective custody since 1991 and I was sent to the federal prison system after being stabed at Kilby. I wrote Warden Hooks 7 times and recieved no response and appears he is deliberantly indifferent to my safety. I am also forced to visit with maximum custody inmates and this is also showing reckless disregard for my safety.

I am asking for protection, a transfer to Limestone, or to be transfered out of state. I feel I am in danger and I hope you will help me with this here at the institutional level so as not to clutter the courts with prison issues.

Thank you for your time

Hugh Lent 107480

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                TELEPHONE (334) 954-3600

January 9, 2006

Hugh Teat, #107480
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL  35146


Re:    Request for Legal Advice

Dear Mr. Teat

   After a review of your letter, the court does not understand your intent. If you wish to file a new case, please do so on the proper forms and file in the appropriate court. Furthermore, the court is prohibited from providing legal advice. We are now returning your correspondence to you.

   If we can be of further assistance, please contact our office.

                                                    Sincerely,

                                                    Debra P. Hackett, Clerk

                                                    By: _____
                                                        Deputy Clerk

DPH/wl

Enclosures

RECEIVED
2006 JAN -4 A 9:40

Dear Sir/mam

I am writing you in Hopes that you would help me. I am a 53 year old Prisoner in the state of Alabama and I live in constant fear for my Life. in 1991 two Prisoners smuggled a Gun in to the Prison to use in a escape. I knew the Details and they were going to kill one Transfer agent and force the other to do as they said and if he didn't they would kill him to.

the State said I wasn't safe in Alabama and sent me to the federal system for 13 years and then Returned me here and Placed me in Lockup with the same People and Friends of the two who had the Gun. I asked for Protective Custody and was told if I continued I would be sent to West Jefferson or Holman Prison and my Life wouldnt be worth much there so I stoped asking. everyday I am called a Rat and threated by Prisoners and now I am forced to visit No Contact with my Family but with Maximum Custody inmates and it is just a Matter of time before they get me. all I ask is for Protective Custody and I am denied for asking for outside Help. I have a 9 year Clear Record and my case is almost 17 years old

I dont know if you will help me or not but if you cant can you tell me someone

who can. I have wrote the commissioner of Corrections, the Govenor, the F.B.I and asked the Warden 9 times By letter to help me and I get No Response. I just dont know who else to write and I dont want to get killed or Hurt Bad but it is just a Matter of time before I do.

    any help you could give me would be deeply appreciated and I thank you for your time. I dont want to clutter the court up with this.

Hugh Teat 107480
1000 St Clair Rd
Springville Al
35146

EB-004

Religion
RNA - 12-8-04
Not diabetic

EB

## ALABAMA DEPARTMENT OF CORRECTIONS – PROGRESS REVIEW FORM – JANUARY 26, 2005
(COU122)

AIS #: 00107480A    SSN: 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    RACE/SEX: W/M    DATE OF BIRTH: 10/17/1952
NAME: TEAT, HUGH WALTER                 CUSTODY: CLS9   SECURITY LEVEL: 6
INST: RCC                               TIME SRVD: 08Y01M26 LAST DISC: 01 29 199_
CRME: ESCAPE II                         MIN REL DT: 99/99/9999 ACTIVE DET: 0
OTSC: BRIBERY OR ATTEMPTED BRIBERY   PRL CONS: 11/01/2003 EDUCAT LEV: 06

WL/PGM: _admin seg._        PRIM OCCUP: BRICKLAYER OR TILE SETTER, STON

RECOMMENDED INSTITUTION: _St Cl_            RECOMMENDED CUSTODY: _close_

JUSTIFICATION:

— See attached —

FEB 2005

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:  _see list, attached_   APP. S/L:

_[signature]_                               _[signature]_   2/4/05
CLASSIFICATION SPECIALIST    DATE           WARDEN OR DESIGNEE   DATE

_see attached report_
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE    CLASSIFICATION COORDINATOR  DATE

### CENTRAL REVIEW BOARD ACTION

✓ APPROVED ___ DENIED; DIVERTED TO: ___    REASONS:

                                            _[signature]_
                                            CRB MEMBER                DATE

___ APPROVED ___ DENIED; DIVERTED TO: ___   REASONS:

**COPY SENT ON** _2/7/05_

                                            CRB MEMBER **ENTERED ON** _2/7/05_

___ APPROVED ___ DENIED; DIVERTED TO: ___   REASONS:

                                            CRB MEMBER _[initials]_   DATE

FINAL DECISION: INST _St Clair_ CUSTODY _close_ DATE _2/4/05_
DATE INMATE INFORMED: _2/4/05_  INMATE'S SIGNATURE: _X Hugh Teat_

Last review: (M) 2-4-02 Yrs to go in close custody.

Inmate Teat left the Alabama DOC 2-6-2002, *1992* to serve his sentence with the federal prison system. Teat gave information implicating two inmates who introduced a 5-shot revolver and marijuana into Kilby, Roy Harvell 109100X and Wayne Phillips 132038. Because of this, it was felt that Teat wasn't safe anywhere in the Alabama system.

Inmate Teat was a serious behavior problem in the Alabama system prior to his transfer. On January 9,1990, his stepson brought a .32 cal. pistol to Teat while Teat was in the St. Clair Co. Jail. He has attempted to escape at least four times for which he has been convicted. The last such escape was in 1985, though one can surmise that the gun smuggling in the county jail in 1990 was part of an escape plan.

After Inmate Teat was moved to federal custody, he received several disciplinaries: 6-24-93—possessing intoxicants; 5-10-94—extorting/blackmail; 2-15-95, 3-28-95, and 3-13-97--possession of drugs/paraphernalia. After this 1997 disciplinary, no incidents are documented. His caseworker writes,

"Inmate Teat demonstrated an average institutional adjustment throughout his incarceration the Federal Bureau of Prisons. Even though his chronological disciplinary record indicates he received several incident reports throughout his incarceration, during the last seven years he maintained clear conduct and a good rapport with staff as well as with other inmates. Inmate Teat was not considered a management problem."

It is recommended that inmate Teat's custody remain close until he is transferred to his permanent facility. Warden Hooks notified and consulted about transferring Hugh Teat to St. Clair. He requested Teat remain in close custody and that he Hooks) would evaluate upon arrival.

**STATE OF ALABAMA**
**ST. CLAIR COUNTY**

# AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared JAMON DAVIS #189041, who being known to me, and after first being duly sworn, deposes and says as follows:

My name is Jamon Davis and I am 25 years of age and competent to testify.

I have been in the same block with Hugh Teat for 13 months. Since I've been in the cell beside Mr. Teat, I have seen him go thru many hard days in this block. Most of the verbal abuse that I have witnessed, has been during our shower days, when our tray doors are open, and Mr. Teat would have to walk around the tier and then down the stairs to the shower. Different inmates would threaten him verbaly, calling him a "snitch" and tell him "we're going to get you Rat". Also while he would be in the shower inmates would throw batterys, soap, and spoiled milks into the shower area, while he would be showering. During our shower time, there is always (2) officers that are present during the showers. While these inmates we're cursing and threating Mr. Teat, these different officers never seemed concerned about what was going on in this block. They would laugh it off as another day in Seg.

Jamon Davis 189041
Signature of Affiant

**Acknowledgement**

State of Alabama
St. Clair County

Signed before me in person, a Notary Public, on this 27 day of Feb, 2006

Charles M. _____
Notary Public

12/2006
Commission Expires

STATE OF ALABAMA
ST. CLAIR COUNTY

## AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared _CALVIN BROWN_, who being known to me, and after first being duly sworn, deposes and says as follows:

My name is _CALVIN BROWN_ and I am _51_ years of age and competent to testify.

I INMATe CALVIN BROWN witNessed otHeR InMATes THROW RAdio BAtteRies, BARS oF SOAP ANd otHeR ITeMS AS well At INMATe HUGH TeAT ANd CAll HiM A RAT

_Calvin Brown 110869_
Signature of Affiant

### Acknowledgement

State of Alabama
St. Clair County

Signed before me in person, a Notary Public, on this _14_ day of _September 2006_

_Charles M. ____
Notary Public

_12/2006_
Commission Expires

STATE OF ALABAMA
ST. CLAIR COUNTY

# AFFIDAVIT

BEFORE ME, the undersigned Notary Public, personally appeared EDWIN Lott #217714. Who being known to me, and after first being duly sworn, deposes and says as follows:

My name is EDWIN Lott #217714 and I am 34 years of age and competent to testify. I've been in this cell for 18 months (HB-21). During this time I have known (HUGH TEAT) for 12 months. Since he's been in this block, on several occasions, I've been at my door during shower time. and Inmates would be threating him as he went to and from the shower. THEY would say "WE KNOW YOU have snitched on a couple of inmates, and you set my Homeboy up. Don't worry we're going to get your snitching ass. It don't matter if we have to trick our doors, or come out of our handcuffs when we see you on the Visitation Yard." DIFFERENT Inmates have threatned (HUGH TEAT) many times in the presence of officers that do our showers. When they do the showers, "they being officers" It has always been "TWO" officers, that escort inmates to and from the shower. But there are not to many shower days that go by that (HUGH TEAT) doesn't get some type of verbal abuse and threats.

                                    Edwin Lott #217714

Acknowledgement

STATE OF ALABAMA
ST. CLAIR COUNTY

Signed before me in person, a Notary Public, on this 27 day of Feb 2006

_____          12/2006
NOTARY PUBLIC                    Commission Expires

*No further response of this as of 11-25*

## 24 HOUR ADVANCE NOTIFICATION OF PENDING RECLASSIFICATION

TO: __Hugh Walter Teat__ __107480A__ __B/M__ __03-10-05__
     NAME                  AIS #                R/S                DATE

**Notice of Reclassification:** This is to inform you that on the __11__ day of __March__, 20 __05__, you will meet a reclassification team to be considered for change in custody and/or institutional assignment because: Per Warden Hooks, your are being considered for placement in St. Clair Protective Custody Unit. This action is being taken for Security reasons and the orderly operation of the Institution. Your custody will remain Close.

This is not a disciplinary hearing. A reclassification team will review this matter and recommend changes, if needed, in your current placement and/or custody. At the reclassification meeting you will be given an opportunity to be heard, to present witnesses and to present documentary evidence.

__George Williams COI__      __03/10/05__      __[signature]__
NAME OF SERVING OFFICER     DATE        WITNESS

I understand that this is my notice of a reclassification meeting to determine changes in placement and/or custody. I have been given the opportunity to call witnesses in my behalf and have received a copy of this notice on __03/10/05__ at __1:40 p.m.__
       DATE                  TIME

__[signature]__      __107480__
SIGNATURE OF INMATE     AIS #

WITNESSES REQUESTED BY INMATE:
_____     __✓__ NONE

DISTRIBUTION: INMATE/INSTITUTIONAL FILE/CENTRAL FILE





| | |
|---|---|
| Subj: | **General Contact from Website** |
| Date: | 7/15/2005 6:58:38 P.M. Central Standard Time |
| From: | LEEDSBRENDA@AOL.COM |
| To: | constituentaffairs@ago.state.al.us |
| CC: | LEEDSBRENDA@AOL.COM |

The following person has entered a contact form from the website which needs attention:

Date:  7/13/2005 @ 10:47 PM
Ms. BRENDA G FENDLEY
50 (Age)
244 WALNUT ST. S.E.
LEEDS, AL  35094
205-699-6421 (Home Phone)
Work Phone Not Given
LEEDSBRENDA@AOL.COM (E-Mail Address)

---Division of Attorney General form is directed to---
General

---Details---
Description:
DEAR SIR THIS E-MAIL IS BEING SENT TO YOU AS WELL AS MANY OTHER'S OUT OF CONCERN FOR MY BROTHER, HUGH TEAT #107480 WHO IA AN INMATE AT THE ST. CLAIR CORRECTION FACILITY IN SPRINGVILLE, AL. IN MY OPINION MY BROTHER'S LIFE IS IN JEOPERADY AT THE INSTITUTION AND HE FEARS EVERYDAY THAT HE WILL BE KILLED. MY BROTHER TOOK THE WITNESS STAND FOR THE STATE OF AL. BACK IN THE EARLY 1990'S AGAINST ANOTHER INMATE AS HE FEARED FOR HIS LIFE AS WELL AS MANY OTHER'S ON SOME KIND OF PLAN THAT IN MY OPINION WOULD HAVE TAKEN PLACE AND CAUSED GREAT PROBLEM'S IN THE INSTITUTION HAD HE NOT HAVE TALKED. MY BROTHER WAS STABBED AT THE KILBY CENTER (IF I REMEMBER CORRECTLY THE LOCATION) BEHIND THIS INCIDENT AND THERE WERE MANY OTHER INMATES TO VOW TO HAVE HIM KILLED. HE WAS THEN TRANSFERRED TO THE FEDERAL CORRECTIONAL FACILITIES WHERE HE DONE WELL AND MAINTAINED A GOOD INSTITUTIONAL RECORD THERE. HE WAS SCHEDULED FOR A PAROLE HEARING IN JUNE 2005 BUT WAS RETURNED BACK TO THE STATE OF ALABAMA BEFORE THE HEARING. HE WAS DENIED PAROLE AND SET OFF FOR ONE YEAR BEFORE THEY HEAR HIS CASE AGAIN. HE IS NOW BEING PUNISHED IN MY OPINION FOR HELPING THE STATE OF ALABAMA DEPT. OF CORRECTIONS IN WHAT TO MY UNDERSTANDING COULD HAVE BEEN A MAJOR INCIDENT HAD HE NOT HAVE SPOKEN UP. HE HAS BEEN SENT TO ST. CLAIR AND PLACED IN A ONE MAN CELL AND GET'S A VISIT ONCE A MONTH FROM BEHIND A GLASS. HE LIVES IN FEAR EVERYDAY AND I HAVE TRIED TO SEEK HELP FOR HIM CONSTANTLY AND EVERYONE I MAKE THIS PLEA OF HELP TO TURNS IT OVER TO THE INSTITUTION AND THEN IT MAKES HIS LIFE OF HELL (IN MY OPINION) EVEN HARDER BECAUSE THEY GET FRUSTRATED WITH HIM BECAUSE I CONTINUE TO SEEK SOMEONE WHOM WILL LISTEN AND HELP. I AM NOT FINANCIALLY ABLE TO PAY AND ATTORNEY TO GET THIS IN COURT BUT I AM A TAX PAYING CITIZEN AND A VOTER (NOT AN INMATE) WHOM FEEL'S THAT SOMEONE COULD LISTEN AND GIVE ME SOME ANSWER'S AS HE IS HUMAN AND DOES NOT DESERVE TO BE CAGED UP LIKE THAT AND IN MY OPINION IS NOT AS SAFE AS HE WOULD BE IN PROTECTIVE CUSTODY. HE VISIT'S BEHIND GLASS AND SIT'S IN A ONE MAN CELL AND ALL HE HAS BEEN GUILTY OF IN YEARS IN MY OPINION IS TRY TO PRACTICE DOING THE RIGHT THING AND STAYING OUT OF TROUBLE.WHEN I VISITED HE SAID HE ALMOST GOT IN TROUBLE BECAUSE ONE OF THE INMATE'S COMING OUT SAID SOMETHING TO HIM ABOUT THE INCIDENT. AT THAT POINT I KNEW HE WASN'T SAFE BECAUSE THEY HANDCUFF HIM TO WALK TO A VISIT OR ANYWHERE. HOW CAN A MAN IN HANDCUFFS WITH HIS LIFE ALREADY IN DANGER POSSIBLY EVEN ATTEMPT TO DEFEND HIMSELF IN HANDCUFFS? CAN SOMEONE PLEASE HELP ME WITHOUT CAUSING MY BROTHER ANYMORE TORMENT AT THE CAMP? WILL YOU PLEASE INVESTIGATE HIS SAFETY SOMEWAY AS BEFORE HE LEFT ALABAMA AFTER THE INCIDENT HE WAS STABBED AND THEN I WAS TOLD BY ANOTHER INMATE THAT SOME OF THE INMATES  WERE TALKING ABOUT POURING GAS IN THE HALL AND LIGHTING A MATCH AND LETTING HIM GO UP IN FLAMES BEFORE ANYONE COULD GET TO HIM. THAT HAS BEEN A NIGHTMARE STORY TO OUR FAMILY FOR YEARS AND WE KNOW HE IS NOT SAFE. PLEASE HELP US WITH THIS MATTER. THANK YOU BRENDA FENDLEY