AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __ALABAMA__

Plaintiff
__HUGH TEAT #107480__

V.

__BOB Riley et. al.__
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: __2:06CV484-WHA__

I, __HUGH TEAT #107480__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes", state the place of your incarceration __W.E. Donalson 100 Warrior Lane Bessemer AL 35023__

    Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No   __Please see Attached__

    a. If the answer is "Yes", state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
    __1977    unknown__

    b. If the ansswer is "No", state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 (twelve) months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☐ No
    b. Rent payments, interest or dividends    ☐ Yes    ☐ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
    d. Disability or workers compensation payments    ☐ Yes    ☐ No
    e. Gifts or inheritances    ☐ Yes    ☐ No
    f. Any other sources    ☐ Yes    ☐ No

    If the answer to any of the above is "Yes", describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes", state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes", describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

5-4-06
Date

Hugh Jest 107480
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# FINANCIAL STATEMENT OF INMATE'S PRISON ACCOUNT

I certify that according to the records on file in this institution, the Figures set out below are the approximate average daily balances in the Account of inmate  Hugh W. Teat
(NAME)

for the previous six months.

| Month | Balance |
|---|---|
| 1. | $0.00 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

*No transactions for the last 12 months*

Ebony M. Coleman, Account Clerk
Authorized Officer of the Institution

4 May 2006
Date

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS  4th  DAY OF  May  , 2006.

Patricia H. Parsons
NOTARY PUBLIC

MY COMMISSION EXPIRES: 5/31/2008