| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Stacy Handley_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery   6/27/06 |
| 1. Article Addressed to:<br><br>Clerk, U.S. District Court<br>Hugo L. Black U. S. Courthouse<br>1729 Fifth Avenue, North<br>Birmingham, AL 35203 | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below:   ☐ No<br><br>  2:06cv484<br>  entire file |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)   7005 1820 0002 3461 1895 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540